

### 11TH COURT OF APPEALS
### EASTLAND, TEXAS
### JUDGMENT

Justin Todd Campbell,

\* From the 238th District Court
of Midland County,
Trial Court No. CR46950.

Vs. No. 11-16-00307-CR

\* October 4, 2018

The State of Texas,

\* Memorandum Opinion by Bailey, C.J.
(Panel consists of: Bailey, C.J.;
Gray, C.J., sitting by assignment; and
Wright, S.C.J., sitting by assignment)
(Willson, J., not participating)

This court has inspected the record in this cause and concludes that there is no error in the judgment below. Therefore, in accordance with this court's opinion, the judgment of the trial court is in all things affirmed.